IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Louis B. Creager, | ) | |
| | ) | |
| Petitioner, | ) | Case No. 1:05-CV-394 |
| | ) | |
| vs. | ) | |
| | ) | |
| Rob Jeffreys, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Order Adopting Report and Recommendation

On January 27, 2006, United States Magistrate Judge Timothy S. Hogan issued a Report and Recommendation pursuant to which he recommended that Petitioner's motion "to dismiss and bar respondent from proceedings and enter a summary judgment in favor of the Petitioner" (Doc. 5) and his motion "to grant petitioner's motion to dismiss and bar respondent" be denied.  Petitioner has not objected to the Report and Recommendation within the time allotted, and the Court finds no plain error in the Magistrate Judge's analysis.  For that reason, the Court hereby **ADOPTS** the Report and Recommendation and **DENIES** Petitioner's motions (Doc. 9) and (Doc. 11).

      **IT IS SO ORDERED.**

                                           /s/
                                 Sandra S. Beckwith, Chief Judge
                                 United States District Court